

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

EAG:EMN
F.#2007R00730

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

April 28, 2011

BY ECF

**FILED**
IN CLERK'S OFFICE
U S DISTRICT COURT E.D.N.Y.

★ JUL 1 1 2011 ★

**BROOKLYN OFFICE**

The Honorable Nicholas G. Garaufis
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:   United States v. Vincent Dragonetti
           Civil Docket No. 11-2007 (NGG)

Dear Judge Garaufis:

      The government respectfully submits this letter in response to the Court's Order to Show Cause entered April 26, 2011 directing the government to respond to the application filed on April 25, 2011 by petitioner Vincent Dragonetti concerning the decision of the Bureau of Prisons (BOP) to charge him with technical escape and revoke his good conduct time following his January 28, 2011 arrest.  The Order scheduled an expedited hearing for April 29, 2011 at 2:30 p.m.

      Following receipt of the petitioner's application, the government conferred with Michael D. Tafelski, Deputy Regional Counsel for BOP's Northeast Region.  Following a review, Mr. Tafelski advised that Incident Report 2124573, which is the subject of petitioner's application, will be expunged and the sanctions related thereto removed.  Mr. Tafelski further advised that the above decisions will be reflected in the petitioner's BOP records by next week.

      Accordingly, the government respectfully submits that the petitioner's application is moot and a hearing is not

2

necessary. The government has conferred with Mark Fernich, Esq., the petitioner's attorney, who concurs and agrees to withdraw the application without prejudice.

                                      Respectfully submitted,

                                      LORETTA E. LYNCH
                                      United States Attorney

                      By:      /s/
                            Evan M. Norris
                            Assistant U.S. Attorney
                            (718) 254-6376

cc: Clerk of Court (NGG) (via ECF)
    Michael D. Tafelski, Esq. (via email)
    Marc Fernich, Esq. (via ECF and email)
    Vincent Dragonetti (via certified mail to the address below)
        Vincent Dragonetti
        Register No. 43851-053
        Metropolitan Detention Center
        PO Box 329002
        Brooklyn, NY 11232

*[Handwritten annotation:]* The Clerk is directed to close the case. This court's order to show cause dated April 26, 2011 is withdrawn as moot, on motion of the government. So ordered.

s/Nicholas G. Garaufis
7/8/11